JACOB HEINTZ, Respondent, *v.* JAMES EVERARD, Appellant.

(Argued February 27, 1894; decided March 13, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made November 14, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*David M. Newberger* for appellant.

*George P. Hotaling* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

HELEN S. SAYLES, Appellant, *v.* THE NATIONAL WATER PURIFYING COMPANY, Respondent.

(Argued February 28, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made the fourth Tuesday of November, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*E. F. Bullard* for appellant.

*W. B. Dunlap* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.